UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-80319-CIV-COHN/WHITE
(CASE NO.: 05-80121-CR-COHN)

LINCOLN ANTHONY MOODY,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

**THIS CAUSE** is before the Court upon Movant Lincoln Moody's Motion for Certificate of Appealability [DE 21].  The Court has carefully considered the matter and is otherwise fully advised in the premises.

This Court adopted the Report and Recommendations of Magistrate Judge White, overruled Mr. Moody's Objections, and denied his Motion to Vacate Sentence filed pursuant to 28 U.S.C. §2255 [DE 18].  On consideration of the instant Motion for Certificate of Appealability [DE 21], the Court denies such certification, as the Court concludes under Slack v. McDaniel, 529 U.S. 473 (2000), that Petitioner has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack, 529 U.S. at 484.  The Court notes that pursuant to Rule 22(b)(1), the Petitioner may now seek a certificate of appealability from the Eleventh Circuit.   It is therefore

**ORDERED AND ADJUDGED** that Petitioner's Motion for Certificate of Appealability [DE 21] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 12th day of March, 2008.

JAMES I. COHN
United States District Judge

Copies provided to:

Appeals Desk (Miami)

Counsel of record

Lincoln Moody, *pro se*
57330-004
Otisville F.C.I.
Otisville, NY 10963