UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-80319-CIV-COHN/WHITE

LINCOLN ANTHONY MOODY,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

### ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

**THIS CAUSE** is before the Court upon Petitioner Lincoln Anthony Moody's Motion for Certificate of Appealability [DE 48] ("Motion").  The Court has carefully considered the Motion and is otherwise advised in the premises.

This Court denied Petitioner's Motion to Vacate Judgment Pursuant to Federal Rule of Civil Procedure 60(b).  See DE 42.  After considering the instant Motion for Certificate of Appealability, the Court denies such certification, as the Court concludes under Slack v. McDaniel, 529 U.S. 473, 484 (2000), that Movant has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  The Court notes that pursuant to Rule 22(b)(1), the Movant may now seek a certificate of appealability from the Eleventh Circuit.

Accordingly, it is **ORDERED AND ADJUDGED** that Movant's Motion for Certificate of Appealability [DE 48] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 14th day of December, 2010.

*[signature]*
JAMES I. COHN
United States District Judge